Submitted on remand from the Oregon Supreme Court July 13, 2000; resubmitted March 4, appeal dismissed as moot April 10, 2002

ANTHONY BOWERS,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

96C-14239; A100278

43 P3d 1217

Harrison Latto filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas filed the brief for respondent.

Before Edmonds, Presiding Judge, and Landau and Haselton, Judges.

PER CURIAM

## PER CURIAM

Plaintiff seeks review of the dismissal of his petition for a writ of habeas corpus. For the reasons set forth in *Bowers v. Thompson (A99945)*, 180 Or App 605, 43 P3d 1213 (2002), which involves the same plaintiff, we conclude that this case is moot.

Appeal dismissed as moot.